FILED
CLERK, U.S. DISTRICT COURT

APR 15 2013

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   Case No.: CR 09-842 GAF
                                         )
            Plaintiff,                   )   ORDER OF DETENTION PENDING
                                         )   FURTHER REVOCATION
      v.                                 )   PROCEEDINGS
Sergio Garza Carmona                     )   (FED. R. CRIM. P. 32.1(a)(6); 18
                                         )   U.S.C. § 3143(a)(1))
            Defendant.                   )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

   (X) information in the Pretrial Services Report and Recommendation
   (X) information in the violation petition and report(s)
   (X) the defendant's nonobjection to detention at this time
   ( ) other: _____

1

1  and/ or

2  B. (✗) The defendant has not met his/her burden of establishing by clear and
3  convincing evidence that he/she is not likely to pose a danger to the
4  safety of any other person or the community if released under 18 U.S.C.
5  § 3142(b) or (c). This finding is based on the following:
6     (✗) information in the Pretrial Services Report and Recommendation
7     (✗) information in the violation petition and report(s)
8     (✗) the defendant's nonobjection to detention at this time
9     ( ) other: _____

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.

14  Dated: April 15, 2013

                                                    SHERI PYM
                                        United States Magistrate Judge